1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| NATALY LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:22-cv-03778-MEMF-JPR<br><br>District Judge: Maame Ewusi-Mensah Frimpong<br><br>**JUDGMENT** |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff NATALY LOPEZ ("Plaintiff") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on October 16, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $85,344.88 pursuant to the terms of the Rule 68 Offer.

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

Dated: Feb. 12, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

**JUDGMENT**